FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-19-00106-CV

**Curtis Lee Sheppard, Jr.**

**v.**

**Wichita County District Attorney's Office, Wichita County District**

**Clerk's Office, 78th District Court of Wichita County, and All Political Subdivisions of the State of Texas**

(No. D-1-GN-16-004721 IN 98TH DISTRICT COURT OF TRAVIS COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | DEBORAH M WOLTERSDORF |
| REPORTER'S RECORD | $200.00 | UNKNOWN | INDIGENT |
| CLERK'S RECORD | $0.00 | UNKNOWN | N/A |
| FILING | $205.00 | INDIGENT | |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas:   0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, ELIZABETH G. FLORES, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this April 26, 2021.

Elizabeth G. Flores, Clerk

*Elizabeth G. Flores*